IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01140-MSK-CBS

EMBRY-RIDDLE,
AERONAUTICAL UNIVERSITY, INC., a Florida corporation,

    Plaintiffs,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., a Canadian company,
DIAMOND AIRCRAFT INDUSTRIES GmbH, an Austrian company,
TELEDYNE CONTINENTAL MOTORS, INC., a Delaware/Alabama, corporation, and
DOES 1 through 100, inclusive,

    Defendants.

_____

**ORDER RE VOLUNTARY REQUEST FOR DISMISSAL WITHOUT PREJUDICE**
_____

Pursuant to the plaintiff's written request and Fed.R.Civ.P. 41(a)(1)(i), all claims and causes of action against all defendants are hereby dismissed without prejudice.

DATED this 3rd day of October, 2005.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge