IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01140-MSK-CBS

EMBRY-RIDDLE,
AERONAUTICAL UNIVERSITY, INC., a Florida corporation,

    Plaintiffs,

v.

DIAMOND AIRCRAFT INDUSTRIES, INC., a Canadian company,
DIAMOND AIRCRAFT INDUSTRIES GmbH, an Austrian company,
TELEDYNE CONTINENTAL MOTORS, INC., a Delaware/Alabama, corporation, and
DOES 1 through 100, inclusive,

    Defendants.

_____

**ORDER TO CLOSE CASE**
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

    **BY THE COURT:**

    _____
    Marcia S. Krieger
    United States District Judge